# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 24, 2009

137597

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

EUGENE BROWN,
      Defendant-Appellant.

SC: 137597
COA: 286754
Wayne CC: 07-024836

_____/

      On order of the Court, the application for leave to appeal the September 23, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 24, 2009 _____

_____
Clerk